UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JPMORGAN CHASE BANK, N.A.,

    Plaintiff,

v.

Case No. 6:19-cv-1527-Orl-37DCI

ASG COMPUTER & REPROGRAPHIC, INC.; ARMANDO SILVA; and ALEX SILVA,

    Defendants.
_____

## ORDER

Plaintiff JPMorgan Chase Bank, N.A. ("**Chase**") extended a loan in the amount of $100,000 ("**the Loan**") to Defendant ASG Computer & Reprographic, Inc. ("**ASG**"). (Doc. 4, ¶ 8.) Defendants Armando Silva and Alex Silva guaranteed the Loan. (*Id.* ¶ 9.) ASG defaulted on the Loan so Chase sued ASG for breach of note and Alex and Armando Silva for breach of guaranty. (*Id.* ¶¶ 10, 16–21.) Now Chase moves for default judgment against Defendants for $105,203.43 in principal, interest, late charges, and fees. (Doc. 25, ¶ 5 ("**Motion**").) Chase asks the Court to retain jurisdiction to determine attorneys' fees and costs and other appropriate relief. (*Id.* at 5.) On referral, U.S. Magistrate Judge Daniel C. Irick recommends the Court grant the Motion. (Doc. 26 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see*

also *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court finds that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 26) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiff JPMorgan Chase Bank, N.A.'s Motion for Default Judgment (Doc. 25) is **GRANTED.**

3. The Court **AWARDS** Plaintiff JPMorgan Chase Bank, N.A. damages in the amount of $105,203.43 against Defendants ASG Computer & Reprographic, Inc., Armando Silva, and Alex Silva.

4. The Clerk is **DIRECTED** to:

    a. Enter default judgment in favor of Plaintiff JP Morgan Chase Bank, N.A. and against Defendant ASG Computer & Repographic, Inc. as to Count I; and

    b. Enter default judgment in favor of Plaintiff JP Morgan Chase Bank, N.A. and against Defendants Armando Silva and Alex Silva. as to Count II.

5. On or before, Friday, **February 7, 2020**, Plaintiff JPMorgan Chase Bank, N.A. may file a motion quantifying attorney fees and costs.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 23, 2020.



Copies to:
Counsel of Record